IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 16-81243 |
| | ) | |
| PLANET MERCHANT PROCESSING, INC., | ) ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |

| | | |
|---|---|---|
| PLANET MERCHANT PROCESSING, INC., | ) ) | ADV.NO. 17-8002 |
| | ) | APPEARANCE |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| KIM GEIKEN AND EVO MERCHANT SERVICES, LLC, | ) ) | |
| | ) | |
| DEFENDANTS. | | |

COMES NOW John D. Stalnaker, of Stalnaker, Becker, & Buresh, P.C., and enters his appearance on behalf of, Thomas D. Stalnaker, Trustee, in this matter.

DATED this 23rd day of February, 2017.

                                                THOMAS D. STALNAKER,
                                                Trustee,

                                        By:   /s/ John D. Stalnaker
                                                John D. Stalnaker, #23809
                                                STALNAKER, BECKER & BURESH, P.C.
                                                P.O. Box 24268
                                                Omaha, Nebraska 68124
                                                (402) 393-5421
                                                j.stalnaker@sbbpc.com
                                                His Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties who filed an appearance by electronic filing in this case.

                                                                                  /s/ John D. Stalnaker
                                                                                  John D. Stalnaker