# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>**PLANET MERCHANT PROCESSING, INC.**,<br><br>Debtor.<br>_____<br><br>**PLANET MERCHANT PROCESSING, INC.**,<br><br>Plaintiff,<br><br>vs.<br><br>**KIM GEIKEN and EVO MERCHANT SERVICES, LLC**,<br><br>Defendants. | Case No. BK 16-81243<br><br>Chapter 7<br><br>_____<br><br><br>Adv. 17-8002<br><br>**ENTRY OF APPEARANCE OF KATHRYN A. DITTRICK HEEBNER** |

COMES NOW attorney Kathryn A. Dittrick Heebner of the law firm of FRASER STRYKER PC LLO, and hereby enters her appearance in the above-captioned matter on behalf of the Defendant, Kim Geiken.

KIM GEIKEN, Defendant,

By:  /s/ Kathryn A. Dittrick Heebner
    Kathryn A. Dittrick Heebner, #23513
    Brandon J. Crainer, #24891
    FRASER STRYKER PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, NE  68102
    Telephone: (402) 341-6000
    Facsimile:  (402) 341-8290
    kdittrick@fraserstryker.com
    bcrainer@fraserstryker.com
    ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system on this 24th day of May, 2017, which system sent notification of such filing to counsel of record.

                                                  /s/ Kathryn A. Dittrick Heebner

1687915 v1