**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

In Re:  Planet Merchant Processing, Inc.
Debtor(s)

Bankruptcy Proceedings No. 16–81243–TLS
Adversary Proceedings No.   17–08002–TLS

Chapter 7

Planet Merchant Processing, Inc.
Plaintiff(s)

v.

Kim Geiken et al.
Defendant(s)

Judge: Thomas L. Saladino

**TRANSMITTAL TO U.S. DISTRICT COURT**

Date:              August 8, 2017
To:                United States District Court
Civil No.
DC Judge:

Pursuant to the Order entered on 8/8/2017, the above−named matter is referred to the United States District Court.

- ☐ APPEAL in the above−captioned case.
    - ☐ Record on Appeal
    - ☐ Supplemental Record on Appeal s/Jackie Armstrong
    - ☐ Other
    - ☐ Previous Appeal / Previous DC Judge:
- ☐ WITHDRAWAL OF REFERENCE in the above−captioned case.
    - ☒ Findings and Recommendations
- ☐ MONEY JUDGMENT
    - ☐ Other

LIST OF DOCUMENTS

Filing no. 46 – Findings and Recommendation
Filing no. 38 – Motion for Withdrawal of Reference

Transmitted Electronically By USBC Case Administrator: s/Jackie Armstrong